**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID LOCK,<br><br>                Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO[1],<br>Commissioner of Social Security,<br><br>                Respondent. | Case No. 2:25-cv-02420-SSS-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge. (ECF No. 14.) Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

(1)    The Report and Recommendation of United States Magistrate Judge is accepted; and

---

[1] Frank Bisignano became Commissioner of Social Security on May 6, 2025. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted for Martin O'Malley as Defendant in this suit.

(2)    Judgment shall be entered reversing the final decision of the
Commissioner and remanding this matter for further administrative
proceedings.

DATED: March 5, 2026

_____
HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

2