**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID LOCK,<br><br>                Plaintiff,<br><br>         vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Social Security Administration,<br><br>Defendant. | Case No. 2:25-cv-02420-SSS-MAA<br><br>**ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL JUSTICE ACT, 28 § 2412(d)** |

Based upon the Joint Motion for Settlement of Attorney Fees Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d) and costs of suit:

**IT IS ORDERED** that fees in the amount of $7500.00 as authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Joint Motion.

Dated: ___March 23, 2026___

_____
Hon. Maria A. Audero
United States Magistrate Judge

- 1 -

Order On Joint Motion for Attorney's Fees Award